UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

PS FUNDING, INC.,
    Plaintiff,

v.                                                        Case No. 18-C-1145

COZY ROCK, LLC, et al.,
    Defendants.

## ORDER

In a prior order, I required plaintiff PS Funding, Inc., to amend the jurisdictional allegations of its complaint by identifying the member or members of the defendant limited-liability company and dropping the defendants who were sued under fictitious names. The plaintiff complied with this order, but in doing so it created a new jurisdictional problem. The amended complaint alleges that the sole member of the defendant limited-liability company is Kristin Terese Pochowski. The amended complaint also names Pochowski as a defendant. It then alleges that Pochowski is a "resident" of Wisconsin. (Am. Compl. ¶ 3.) However, the citizenship of an individual is determined by his or her domicile, which may or may not be the same as his or her residence. An allegation of residence is therefore deficient. *See, e.g.*, *Heinen v. Northrop Grumman Corp.*, 671 F.3d 669, 670 (7th Cir. 2012). I will require the plaintiff to file a second amended complaint that identifies Pochowski's domicile.

**THEREFORE, IT IS ORDERED** that the plaintiff shall file an amended complaint that identifies Pochowski's domicile on or before **August 27, 2018**.

Dated at Milwaukee, Wisconsin, this 16th day of August, 2018.

                    <u>s/ Lynn Adelman</u>
                    LYNN ADELMAN
                    District Judge